## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

EASTERN SHORE                    *
TEAMSTERS HEALTH AND
WELFARE FUND, ET AL.             *
              **Plaintiff**           Civil No.: CCB-00-101
                                 *
     **v.**
                                 *
OLIVER MILLS                             FILED ____ ENTERED
       **Defendant**    ******         ____ RECEIVED

                                          APR 1 8 2000

**ORDER**                        CLERK U S DISTRICT COURT
                                 DISTRICT OF MARYLAND
                          BY _____ DEPUTY

The court file reflecting that service of process has been effected upon the above named

defendant and that defendant has not yet filed any response to the Complaint, it is, this _18th_

day of ____*April*____, 20_00_,

ORDERED that plaintiff file and serve by mail on the above named defendant a motion

for entry of default by the Clerk and a motion for default judgment, or provide a report as to why

such motions would be inappropriate, within 30 days of this order.

                    _____

                    Catherine C. Blake
                    United States District Judge