IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| EASTERN SHORE TEAMSTERS HEALTH AND WELFARE FUND, | * |
| and | * |
| TRUCK DRIVERS, HELPERS, TAXICAB DRIVERS, GARAGE EMPLOYEES AND AIRPORT EMPLOYEES LOCAL UNION NO. 355, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO | * Civil Action No. CCB 00-0101 |
| Plaintiffs | * |
| v. | * |
| OLIVER MILLS, | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT BY DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the record in the above-entitled action that an entry of default for want of answer or other defense was made on the __25__ day of __April__, 2000, as to Defendant Oliver Mills for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served with the Summons and Complaint on February 9, 2000; therefore, it is this __8__ day of __May__, 2000, by the United States District Court for the District of Maryland,

8 -

ORDERED AND ADJUDGED that judgment by default be and the same is entered in favor of Plaintiff Eastern Shore Teamsters Health and Welfare Fund, and against Defendant Oliver Mills in the sum of $7,579.74, which total amount includes $4,360.47 in delinquent contributions owed to the Health Fund for the months of May through November 1999, $861.29 in liquidated damages, $219.24 in interest and $2,138.74 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

It is further ORDERED AND AJUDGED that judgment by default be entered in favor of Plaintiff Truck Drivers, Helpers, Taxicab Drivers, Garage Employees and Airport Employees Local Union No. 355 against Defendant Oliver Mills in the sum of $649.04, which total amount includes $630.00 in unremitted union dues owed to Local 355 for the months of May through November, 1999 and $19.04 in interest;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

Catherine C. Blake
United States District Judge