IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EASTERN SHORE TEAMSTERS HEALTH AND WELFARE FUND, et al., | * | |
| Plaintiff | * | |
| v. | * | |
| OLIVER MILLS, | * | Civil Action No. CCB 00-0101 |
| Defendant | * | |
| and | * | |
| TYSON FARMS, INC., | * | |
| and | * | |
| TYSON CHICKEN, INC., | * | |
| Garnishees | * | |

* * * * * * * * * * * *

## ORDER

It appearing from the record that a Writ of Garnishment of Wages was issued by this Court on July 11, 2002, and that said writ was mailed restricted delivery to Garnishees Tyson Farms, Inc. and Tyson Chicken, Inc. on July 17, 2002, and were received on July 18, 2002, as is shown by the Affidavit of Service on file in this action;

And it further appearing that Garnishees, Tyson Farms, Inc. and Tyson Chicken, Inc. answered the Writ of Garnishment of Wages, confessing that it did not employ OLIVER MILLS, Defendant and Judgment Debtor;

It is therefore this 30 day of July, 2002, by the United States District Court for the District of Maryland,



ORDERED, that the Writ of Garnishment of Wages against Garnishees, Tyson Farms, Inc. and Tyson Chicken, Inc., in the above captioned matter, be dismissed.

*[signature]*

Catherine C. Blake
United States District Judge

With notice to:

Lauri Waddill, Garnishment Coordinator
Tyson Foods, Inc.
2210 West Oaklawn Drive
Springdale, Arkansas 72762-6999
(479) 290-4000 (phone)

Corey Smith Bott, Esquire
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990 (phone)
(410) 321-1419 (facsimile)